CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America** v. **Jose Eduardo Contreras-Sorto** YOB: 1981; Citizen of El Salvador | DOCKET NO. |
| | MAGISTRATE'S CASE NO. **20-00190 MJ** |

Complaint for violation of Title 8, United States Code Sections 1326(a) and (b)(1)

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

On or about March 1, 2020, at or near Sasabe, in the District of Arizona, **Jose Eduardo Contreras-Sorto**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Laredo, Texas on January 16, 2020, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(1), a felony.

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

**Jose Eduardo Contreras-Sorto** is a citizen of El Salvador.  On January 16, 2020, **Jose Eduardo Contreras-Sorto** was lawfully denied admission, excluded, deported and removed from the United States through Laredo, Texas.  On March 1, 2020, agents found **Jose Eduardo Contreras-Sorto** in the United States at or near Sasabe, Arizona, without the proper immigration documents.  **Jose Eduardo Contreras-Sorto** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| DETENTION REQUESTED Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. LMG2/JJO AUTHORIZED AUSA /s/Liza Granoff | SIGNATURE OF COMPLAINANT (official title) |
|---|---|
| | OFFICIAL TITLE Border Patrol Agent |
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE March 2, 2020 |

[1] See Federal rules of Criminal Procedure Rules 3 and 54